[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-10515
Non-Argument Calendar
_____

D.C. Docket No. 2:12-cr-00005-JES-CM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEFFREY R. GREEN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 10, 2019)

Before BRANCH, GRANT, and JULIE CARNES, Circuit Judges.

PER CURIAM:

Keith Upson, appointed counsel for Jeffrey Green in this appeal of an order of forfeiture of a substitute asset, has moved to withdraw on appeal, supported by a brief prepared under *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the order of forfeiture of a substitute asset is **AFFIRMED**.